UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
PALM BEACH DIVISION
CASE NO. 9:16-cv-81522-ROSENBERG/BRANNON

PATRICK WILLIAMS,

    Plaintiff,

v.

BROOKLYN WATER ENTERPRISES, LLC,
A foreign limited liability company,

    Defendant,
_____/

### ORDER APPROVING SETTLEMENT AND DISMISSING ACTION WITH PREJUDICE

**THIS CAUSE** is before the Court upon the parties' Joint Renewed Motion for Approval of Settlement Agreement and Dismissal with Prejudice [DE 20]. The parties have sought the Court's approval of their settlement. *See Lynn's Food Stores, Inc. v. United States*, 679 F. 2d 1350, 1353 (11th Cir. 1982). The Court has reviewed the parties' settlement and is otherwise fully advised in the premises, and it is hereby

**ORDERED AND ADJUDGED** that the parties' Joint Renewed Motion for Approval of Settlement Agreement and Dismissal with Prejudice [DE 20] is **GRANTED**. The parties' settlement is **APPROVED** and this action is **DISMISSED WITH PREJUDICE**. The Court retains jurisdiction to enforce the terms of the parties' settlement, should such enforcement be necessary. All pending motions are **DENIED AS MOOT**. The case shall remain closed.

**DONE AND ORDERED** in Chambers, Fort Pierce, Florida, this 20th day of October, 2016.

                                            ROBIN L. ROSENBERG
Copies furnished to:              UNITED STATES DISTRICT JUDGE
Counsel of record